STRONG, Respondent, v. BILLINGS et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Morgan Strong against Jennie May Billings and others. No opinion. Judgment affirmed, with costs.

SUCHER et al., Appellants, v. SCHEIBLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Marcus Sucher and another against John Scheible. No opinion. Judgment and order of county court affirmed, with costs.

In re SULLIVAN. (Supreme Court, Appellate Division, Fourth Department, June 5, 1900.) In the matter of the application of Eugene Sullivan for an order for a special town meeting in the town of Volney, Oswego county, N. Y., under the provisions of section 16 of the liquor tax law.

PER CURIAM. In consequence of the amendment to section 16 of the liquor tax law by chapter 367 of the Laws of 1900, and owing to the fact that the special election directed by the order appealed from has been held, with like result as the alleged irregular biennial election, the questions presented by this appeal are no longer of practical importance. The appeal is therefore dismissed, but, as respondent did not appear, without costs. See 64 N. Y. Supp. 303.

SULTAN, Respondent, v. KLINGE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Simon Sultan, as trustee, against Charles H. Klinge and others. L. R. Palmer, for appellants. J. Steiner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SWEENEY, Respondent, v. SENN, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Patrick J. Sweeney against Jacques Senn. From a judgment in favor of plaintiff, defendant appeals. Reversed. Hamilton & Griffing, for appellant. James T. Lee, for respondent.

PER CURIAM. As the relationship of innkeeper and guest was not established at the trial, the judgment is reversed, and a new trial ordered, with costs to appellant to abide the event.

In re TAYLOR. In re KEEFE. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) In the matter of the general assignment of James Taylor, etc., to Stillman F. Kneeland. In the matter of claim of Daniel W. Keefe. No opinion. Order affirmed, with costs.

TENCORN et al., Respondents, v. GOLDMAN et al., Appellants. (Supreme Court, Appellate Term. June 13, 1900.) Action by Isaac Tencorn and another against Aaron Goldman and another. Judgment for plaintiffs, and defendants appeal. Reversed. J. A.

Seidman, for appellants. H. Levor, for respondents.

PER CURIAM. The plaintiffs having failed to make any proof of delivery of the goods, the evidence was insufficient to support the judgment which has been rendered in their favor. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

In re TENNEY. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) In the matter of the application of Henry A. Tenney to alter Division avenue in Patchogue, in the county of Suffolk. No opinion. Application granted, and order signed.

THOMAS et al., Respondents, v. LOVELAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Albert H. Thomas and Lewis Thomson against John L. Loveland and Frank Loveland. No opinion. Judgment affirmed, with costs.

In re THOMPSON. (Supreme Court, Appellate Term. June 13, 1900.) Supplementary proceedings in aid of execution by Theodore P. Rogers against John E. W. Thompson. From an order of the city court of New York, general term (62 N. Y. Supp. 1033), reversing an order of the city court of New York, special term, adjudging defendant guilty of contempt for failure to pay an attorney's fee, plaintiff appeals. Affirmed. White & Otheman, for appellant. E. F. Stern, for respondent.

PER CURIAM. Order affirmed, with costs.

THOMPSON, Respondent, v. LOVE, Appellant. (Supreme Court, Appellate Term. June 13, 1900.) Action by John H. Thompson against Samuel Love. From a judgment in favor of plaintiff, defendant appeals. Affirmed. P. C. Talman, for appellant. C. E. Thomall, for respondent.

PER CURIAM. The trial justice, upon sufficient evidence, has found the facts in favor of the plaintiff, and his conclusions in that regard will not be disturbed on appeal. The agreement between the parties having thus been established, we think it was correctly construed by the court below, and that the judgment there rendered in favor of the plaintiff was right. Judgment affirmed, with costs.

THUM, Respondent, v. ISERMANN, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by George Thum against Samuel Isermann. From an order refusing to open a default judgment, except on specified terms, defendant appealed to the general term of the New York city court, and from an affirmance (54 N. Y. Supp. 559) he appeals. Affirmed. Ashley, Emley & Rubino, for appellant. Zeller & Miehling, for respondent.

PER CURIAM. An answer was requisite. Order affirmed, with $10 costs and disbursements.